# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BRENDA C. ARMSTEAD,**

                **Plaintiff,**

**v.**                                                    **Case No:  5:12-cv-604-Oc-22PRL**

**BANK OF AMERICA,**

                **Defendant.**

---

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 9) filed on December 12, 2012.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed December 12, 2012 (Doc. No. 9), is ADOPTED and CONFIRMED and made a part of this Order.

2.      This case is hereby dismissed without prejudice.

3.      The Clerk is directed to close the file.

**DONE** and **ORDERED** in Ocala, Florida on January 2, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Brenda C. Armstead, *pro se*